U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 05 2017

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

Jennings

versus

Commissioner of Social Security

Civil Action N0. 6:15-cv-2883

Judge Rebecca F. Doherty

Magistrate Judge Carol B. Whitehurst

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

**IT IS THEREFORE ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** to the Commissioner for consideration of the entire record, including the referenced additional, material evidence submitted after the ALJ decision, and other appropriate action resulting therefrom.

Signed at Lafayette, Louisiana, on this 5th day of May 2017.

Rebecca F. Doherty
United States District Judge